UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEAN ROBERT JACOBS,** | Case No. SA CV 12-1972-VBF (JEM) |
| Petitioner, | **ORDER** |
| v. | Overruling Petitioner's Objections;<br>Adopting the Report & Recommendation; |
| DAVID B. LONG, | Denying the Habeas Corpus Petition;<br>Dismissing the Action with Prejudice;<br>Directing Entry of Separate Judgment; |
| Respondent. | Terminating the Case **(JS-6)** |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the first amended habeas corpus petition (Doc 14), the respondent government's answer and answer memorandum (Doc 23), the state-court documents lodged by the respondent in paper form (index at Doc 24), petitioner's reply (Doc 29), the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 31), and petitioner's objections to the R&R (Doc 37), and the applicable law. "Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time. Accordingly, the Court proceeds to the merits without waiting further." *Ruelas v. Muniz*, Case No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016) (Valerie Baker Fairbank, J.).

"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the Magistrate Judge's R&R." *Rael v. Foulk*, Case No. LA CV 14-02987, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015) (Fairbank, J.), *appeal filed on other grounds*, No. 15-56205 (9th Cir. Aug. 6, 2015).

ORDER

Petitioner's objection **[Doc #37] is OVERRULED.**

The Report and Recommendation **[Doc #31] is ADOPTED.**

The first amended petition for writ of habeas corpus **[Doc #14] is DENIED.**

The action is **DISMISSED with prejudice.**

The Court will rule on a certificate of appealability by separate order.

Judgment shall be entered in favor of respondent and against petitioner.

As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

The Clerk of Court shall **TERMINATE** the case (JS-6).

DATED: Thursday, March 31, 2016

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge

2