# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEAN ROBERT JACOBS,** | Case No. SA CV 12-01972-VBF-jem |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| DAVID B. LONG, | |
| Respondent. | |

In accordance with the Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, Directing the Entry of Separate Judgment, and Terminating the Case, **final judgment is hereby entered in favor of respondent and against petitioner.**

Dated: Thursday, March 31, 2016

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge